# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WESTBANK PHARMACY OF BELLE
CHASE, LLC

NO.  2024 CW 0066

VERSUS

LOUISIANA BOARD OF PHARMACY

**FEBRUARY 8, 2024**

---

In Re:   Westbank Pharmacy of Belle Chase, LLC, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 727865.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**WRIT DENIED.**

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT



DEPUTY CLERK OF COURT
FOR THE COURT